ROBERT J. BELES (CABN 41993)
Law Offices of Beles & Beles
1 Kaiser Plaza, Suite 2300
Oakland, CA 94044
510-836-0100
beleslaw@yahoo.com

FILED
Mar 29 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PARTO KARIMI,<br><br>    Defendant. | CASE NO. 4:23-cr-00055-JST<br><br>STIPULATION REGARDING RETURN OF DEFENDANT'S PASSPORT AND PERMISSION TO ENGAGE IN FOREIGN TRAVEL |

A condition of defendant's pretrial release in this matter is that defendant surrender her passport to pretrial services, which prevents defendant from engaging in foreign travel. Prior to being charged, defendant had planned two foreign vacations: (1) a trip to French Polynesia departing the United States on April 1, 2023 and returning on April 8, 2023; and (2) a trip to Italy departing the United States on June 24, 2023 and returning on July 8, 2023. As pertaining to this planned foreign travel, the parties have reached an agreement and hereby stipulate to the following:

Under her agreement with the government, defendant has posted the balance of her home's equity via a deed of trust as a security for her bond. In exchange, the government does not oppose the temporary modification of the conditions of defendant's pretrial release to permit the return of defendant's passport from today's date until July 12, 2023. Defendant agrees to return her passport to Pretrial Services on or before July 12, 2023. With the posting of the additional secured bond, the government does not oppose defendant's travel to French Polynesia and Italy on the dates listed above. To effectuate this agreement, the parties have provided a proposed order below for the Court's consideration. The government agrees

that if defendant continues to abide by the terms of her pretrial release and re-surrenders her passport upon completion of her foreign travel, that the conditions of pretrial release should be modified back to the initially-imposed $50,000 unsecured bond, releasing defendant from any bond secured by her real property through a deed of reconveyance. The Pretrial Services Department agrees the following proposed order is appropriate. Counsel for the government has reviewed and has no objection to the proposed property bond bail documents in this case that were prepared by Property Bond Service, P.O. Box 50631, Palo Alto, CA 94303.

                                                  Respectfully submitted,

DATED: 3/28/2023                       /s/ Robert J. Beles
                                                  ROBERT J. BELES
                                                  Counsel to Parto Karimi

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney

                                                  /s/ Daniel Pastor
                                                  DANIEL PASTOR
                                                  Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties, and for good cause appearing, the Court hereby ORDERS that the conditions of defendant's pretrial release be modified as follows:

1. Defendant's bond is increased by $1,977,171.40, to be secured by an Obligation for $50,000 and a second Obligation for $1,927,171.40, both secured with a Deed of Trust
2. The Pretrial Services Department shall temporarily return Parto Karimi's passport forthwith.
3. Defendant shall return her passport to the Pretrial Services Department on or before July 12, 2023.
4. Defendant is a permitted to travel to French Polynesia, departing the United States on April 1, 2023 and returning on April 8, 2023.
5. Defendant is permitted to travel to Italy, departing the United States on June 24, 2023, returning July 8, 2023.
6. Upon defendant's timely return from travel and surrender of her passport, the Court will exonerate the two secured bond obligations totaling $1,977,171.40.

DATED: March 29, 2023

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge